IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT RICHARD KLINE, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| DONALD T. VAUGHN, et al. | : | NO. 02-3863 |

ORDER

AND NOW, this          day of June, 2002, it appearing that petitioner has filed a petition for Habeas Corpus under 28 U.S.C. §2254, and

it further appearing that petitioner did not tender the required $5.00 filing fee, and,

it further appearing that petitioner has requested leave to proceed in forma pauperis, but has not furnished the court with the requisite certification of prison assets signed by a prison official, it is hereby

ORDERED that the Clerk shall promptly furnish petitioner with the in forma pauperis form, and petitioner shall <u>either</u> correctly complete and return it to the Clerk of Court within thirty (30) days, <u>or</u> in the alternative, tender the required $5.00 filing fee to the Clerk of Court within thirty (30) days, or else this action will be dismissed.

_____
HARVEY BARTLE, III, J.