IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT RICHARD KLINE, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| DONALD T. VAUGHN, et al. | : | NO. 02-3863 |

ORDER

AND NOW, this        day of            2002, it appearing that on June 19, 2002, petitioner filed a petition for Habeas Corpus relief in this court under 28 U.S.C. §2254, and

it further appearing that petitioner did not tender the required $5.00 filing fee, and,

it further appearing that petitioner requested leave to proceed in forma pauperis, but did not furnish the court with the requisite certification of prison assets signed by a prison official, and

it further appearing that on June 21, 2002, this court Ordered petitioner to correct this defect within thirty days, or else this civil action would be dismissed, and

it further appearing that petitioner has not responded to the court's Order of June 21, 2002, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

_____
HARVEY BARTLE, III, J.